IN THE COMMONWEALTH COURT OF PENNSYLVANIA

U.S. Bank N.A.                            :
                                          :
            v.                            :  No. 864 C.D. 2018
                                          :
Agnes Manu and                           :
Steve A. Frempong,                       :
                  Appellants              :

## **O R D E R**

NOW, June 3, 2019, having considered appellants' application for reargument, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge